IN THE TEXAS
COURT OF CRIMINAL APPEALS

JAMIE FORD

VS

THE STATE OF TEXAS

§
§
§ COA No. 02-14-00148-CR
§
§§ TRIAL CT No. CR 12-059
§

## MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

Comes now Jamie Ford, applicant in the above cause to request FILED IN
COURT OF CRIMINAL APPEALS this court grant an extension of time to file his first
Petitoonfor discretionary Review and in support would show MAY 29 2015 the followingfacts; Abel Acosta, Clerk

Appellant, through appointed counsel filed a brief to the second court of appeals. This appeal originated from the 43rd district court, Parker County, Texas. As of this motion, the applicant had not been notified by appellant counsel of the affirmation of his appeal on April 23, 2015. This information came by phone discussions with applicant's mother by phone.

Appellant is not aware of any post motions filed, but is aware of the necessity of filéng of a PDR by and through a "Writ writer".

Appellant's deadline for filing a Petition for Discretionary Review is May 20, Additional time is needed to prepare and file such petition addressing the decision of the court of appeals. An extension of time of sixty (60) days is requested , providing a due date of July 19,, actually on the 17th.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk

No prior request for an extension of time have been made to this court, nor is this request presented for needless delay, confusion of the issues, nor to harass the court, but to secure the means toseek redress and remedy to the appellant'ss claim(s).

## PRAYER.

Wherefore, premises considered, the appellant respectfully requests this honorable court extend the time to file such Petition in this cause with a final due date of July 17th,2015.

x _Jamie ford_

## CERTIFICATE OF SERVICE

I, jamie ford do certify that the above and foregoing motion was on this the 20th day of May 2015 was mailed first class postage pre-paid to the foloowing parties: State Prosecuting Attorney P.O. Box 12405 Austin.texas 78711, and to the 2nd court of appeals 401 W. belknap suite 9000 Ft worth Ft Worth tx and the district clerk of the43rd district court Parker county, Texas. 117 Ft Worth Hwy, Weathorford, Texas 76086

x _Jamie ford_